IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LESLIE KATZ, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:15-cv-4513 ) |
| v. | ) (Consolidated with Case No. 1:15-cv-04896) ) |
| CATAMARAN CORPORATION, MARK A. THIERER, STEVEN D. COSLER, PETER J. BENSON, WILLIAM J. DAVIS, STEVEN B. EPSTEN, BETSY D. HOLDEN, KAREN L. KATEN, HARRY M. KRAEMER, and ANTHONY MASSO, | ) Honorable Elaine E. Bucklo ) ) ) ) ) ) |
| Defendants. | ) ) |

**AGREED MOTION TO STAY PROCEEDINGS PENDING APPROVAL OF SETTLEMENT, STRIKE HEARING DATE, AND SET STATUS**

Defendants Catamaran Corporation ("Catamaran"), Mark A. Thierer, Steven D. Cosler, Peter J. Benson, William J. Davis, Steven B. Epsten, Betsy D. Holden, Karen L. Katen, Harry M. Kraemer, and Anthony Masso ("Individual Defendants," collectively with Catamaran "Defendants") hereby move to (1) stay these proceedings pending approval of a settlement of the underlying matter reached by the parties in a similar consolidated action pending in the Circuit Court of Cook County; (2) strike the hearing on Plaintiff's motion for expedited discovery set for July 13, 2015 at 9:30 a.m.; and (3) set a status for October 5, 2015 at 9:30 a.m. or such other time as the Court finds appropriate so the parties can report on the status of the settlement approval process. In support of this motion, Defendants state as follows:

1.  This consolidated action is a putative class action brought by purported shareholders of Catamaran stock in connection with certain disclosures regarding a proposed

acquisition of Catamaran by UnitedHealth Group Incorporated (the "Consolidated Federal Court Action").

2. Four similar putative class actions also brought by purported shareholders of Catamaran stock were filed in the Circuit Court of Cook County also purporting to challenge the proposed acquisition for, among other things, failure to disclose certain information regarding the proposed acquisition.[1] Those four cases have been consolidated and are pending in the Circuit Court of Cook County in the case captioned *In re Catamaran Corp. Stockholder Litigation*, Lead Case No. 2015-CH-05676 (the "Consolidated State Court Action").

3. Defendants and Plaintiffs in both the Consolidated State Court and Consolidated Federal Court Actions have reached a settlement that would resolve all claims that were or could be brought on behalf of the putative class in both actions (the "Settlement"). The parties intend to provide notice to class members and will seek preliminary approval (including approval of notice procedures) and final approval of the Settlement in the Consolidated State Court Action.

4. If, upon the completion of the notice and fairness procedures and hearings in the Consolidated State Court Action, the Circuit Court of Cook County approves the Settlement, Plaintiffs have agreed to voluntarily dismiss this action. The parties respectfully request that the Court set a status conference for October 6, 2015 at 9:30 a.m. or sometime thereafter to permit the parties to report to the Court on the status of the Settlement and the process in the Consolidated State Court Action.

5. Counsel for Defendants have conferred with Counsel for Plaintiff, who have no objection to this motion.

---

[1] The four cases filed in the Circuit Court of Cook County are: *Hintze v. Catamaran Corp. et al.*, No. 2015CH05676 (filed April 6, 2015); *Hardock* v. *Catamaran Corp. et al.*, No. 2015CH06159 (filed April 13, 2015); *Almario* v. *Catamaran Corp. et al.*, No. 2015CH06340 (filed April 16, 2015); and *Fuelling* v. *Thierer et al.*, No. 2015CH06776 (filed April 22, 2015).

WHEREFORE, Defendants respectfully request that this Court (1) stay this action during the pendency of the notice and fairness proceedings and hearings in the Consolidated State Court Action; (2) strike the hearing on Plaintiff's motion for expedited discovery set for July 13, 2015 at 9:30 a.m.; and (3) set a status for October 5, 2015 at 9:30 a.m. or such other time the Court finds appropriate.

Dated: July 8, 2015

Respectfully submitted,

/s/ Christopher Y. Lee

James W. Ducayet
Christopher Y. Lee
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I, Christopher Y. Lee, one of the attorneys for Defendants hereby certify that on July 8, 2015, service of the foregoing Agreed Motion to Stay Proceedings Pending Approval of Settlement, Strike Motion Hearing Date, and Set Status was accomplished pursuant to ECF as to Filing Users.

      /s/ Christopher Y. Lee
      Christopher Y. Lee