**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| LESLIE KATZ, Individually and on Behalf of All Other Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 1:15-cv-4513 |
| v. | ) ) ) | Honorable Elaine E. Bucklo |
| CATAMARAN CORPORATION, MARK A. THIERER, STEVEN D. COSLER, PETER J. BENSON, WILLIAM J. DAVIS, STEVEN B. EPSTEN, BETSY D. HOLDEN, KAREN L. KATEN, HARRY M. KRAEMER, and ANTHONY MASSO, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties that have entered an appearance in this action, through the undersigned counsel, acknowledge that this action has been amicably settled and hereby stipulate and agree that this action be hereby dismissed in its entirety with prejudice. All rights of appeal are hereby waived. Each party shall bear his or its own attorneys' fees and costs.

**LAW OFFICE OF NORMAN RIFKIND**

By: /s/
    Norman Rifkind
    100 E Huron Street #1306
    Chicago, IL 60611
    Tel.: (847) 372-4747
    (Norman@RIFSLaw.com)

*Attorneys for Plaintiffs*

Of Counsel:

Jeffrey S. Abraham
ABRAHAM, FRUCHTER & TWERSKY LLP
One Penn Plaza #2805
New York, NY 10119
Tel.: (212) 279-5050

Lynda Grant
THEGRANTLAWFIRM, PLLC
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 292-4441
(lgrant@grantfirm.com)

Brian J. Robbins
Stephen J. Oddo
Edward B. Gerard
ROBBINS ARROYO LLP
1900 B Street, Suite 1900
San Diego, CA 92101
Tel.: (619) 525-3990
Fax: (619) 525-3991
(brobbins@robbinsarroyo.com)
(soddo@robbinsarroyo.com)
(egerard@ robbinsarroyo.com)

Brian D. Long
Gina Serra
RIGRODSKY & LONG, P.A.
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel.: (302) 295-5310
Fax: (302) 654-7530
(bdl@rigrodskylong.com)
(gs@rigrodskylong.com)

Richard A. Acocelli
Kelly Keenan
WEISSLAW LLP
Times Square Plaza
1500 Broadway, 16th Floor
New York, NY 10036
Tel.: (212) 682-3025
Fax: (212) 682-3010
(racocelli@weisslawllp.com)
(kkeenan@weisslawllp.com)

*Attorneys for Plaintiffs*

**SIDLEY AUSTIN LLP**

By: /s/
_____
     James Wallace Ducayet
     Christopher Yeager Lee
     One South Dearborn Street
     Chicago, IL 60603
     Tel.: (312) 853-7000
     (jducayet@sidley.com)
     (chris.lee@sidley.com)

*Attorneys for Defendants Catamaran*
*Corporation, Mark A. Thierer, Steven D. Cosler,*
*Peter J. Bensen, William J. Davis, Steven B.*
*Epstein, Betsy D. Holden, Karen L. Katen, Harry*
*M. Kraemer and Anthony Masso*

Dated: March 28, 2016

SO ORDERED, this _____ day of _____, 2016.

_____
Honorable Elaine E. Bucklo
UNITED STATES DISTRICT JUDGE