## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Leslie Katz, et al.
                    Plaintiff,

v.                                          Case No.: 1:15−cv−04513
                                            Honorable Elaine E. Bucklo

Catamaran Corporation, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 12, 2016:

  MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion to dismiss with prejudice and without attorneys' fees and costs pursuant to FRCP 41(a)(1)(A)(ii) [29] is granted. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.